IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

April O.,

        Plaintiff,

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No. 22-cv-00457-HZ

ORDER

HERNÁNDEZ, Senior Judge:

        Plaintiff April O. brought this action seeking review of the Commissioner's final decision to deny Disability Insurance Benefits. On December 7, 2022, pursuant to the parties' stipulated motion, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Order, ECF 15. Judgment was also entered on December 7, 2022. J., ECF 16. On March 26, 2025, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. B, ECF 20.

1 – ORDER

Plaintiff now seeks an award of fees of $30,303.75 pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 20 Defendant has no objection to the request. *Id*. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [20] and awards Plaintiff's counsel $30,303.75 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees for Plaintiff's first and second appeals in the amount of $18,045 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Upon payment of the § 406(b) fees, Plaintiff's counsel will refund any EAJA fees received by counsel to Plaintiff. Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

DATED: _____June 3, 2025_____.

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge

2 – ORDER